No. 07-15-00081-CV

| Larry Neal Sullivan | § | From the 137th District Court |
| Appellant | | of Lubbock County |
| | § | |
| v. | | January 25, 2017 |
| | § | |
| Yvonne Madeline Marie | | Opinion by Justice Pirtle |
| Lepage-Sullivan | § | |
| Appellee | | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated January 25, 2017, it is ordered, adjudged and decreed that the *Final Decree of Divorce* is modified as follows: Larry Sullivan is designated as Petitioner and Yvonne Lepage-Sullivan as Respondent throughout the decree including the style of the case; on page 2 of the *Final Decree of Divorce*, the paragraph entitled *Agreement of the Parties* is deleted in its entirety; Yvonne Lepage-Sullivan remains entitled to one-half of the balance of Larry Sullivan's Fidelity Investments 403(b) retirement account, which is $32,530.60 and not $52,530.60; and the *Final Decree of Divorce* is affirmed in all other respects.

We further order, adjudge and decree that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o